```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   CLARENCE E. HOWARD,                   1:07-cv-00988-OWW-NEW (DLB) (PC)
12            Plaintiff,                   ORDER TO SUBMIT NEW
     vs.                                   APPLICATION TO PROCEED
13                                         IN FORMA PAUPERIS AND
     W. J. SULLIVAN et al.,                CERTIFIED COPY OF TRUST ACCOUNT
14                                         STATEMENT OR PAY FILING FEE
              Defendants.
15                                    /
16
```

17       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18  to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28

19  U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis did not include the

20  required original signature by an authorized officer of the institution of incarceration.

21  Additionally, plaintiff has not filed a certified copy of his prison trust account statement for the

22  six month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

23  Plaintiff will be provided the opportunity to submit a new application to proceed in forma

24  pauperis and a certified copy of his trust account statement, **or** to pay the $350.00 filing fee.

25  ///

26

-1-

Dockets.Justia.com

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, to pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **July 12, 2007**                    /s/ **Dennis L. Beck**
                                                                         UNITED STATES MAGISTRATE JUDGE