1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   CLARENCE E. HOWARD,                        1:07-cv-00988-OWW-NEW (DLB) PC

12                                              ORDER DENYING MOTION FOR
            Plaintiff,                          APPOINTMENT OF COUNSEL
13                                              (DOCUMENT #3)

14        v.

     W. J. SULLIVAN, et al.,
15

            Defendants.
16   _____/

17

18        Plaintiff has requested the appointment of counsel.  The United States Supreme Court

     has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983
19

     cases.  Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109
20

21   S.Ct. 1814, 1816 (1989).  In certain exceptional circumstances, the court may request the voluntary

     assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Rand v. Rowland, 113 F.3d 1520, 1525 (9th
22

23   Cir. 1997).  Without a reasonable method of securing and compensating counsel, this court will seek

     volunteer counsel only in the most serious and exceptional cases.
24

25        In the present case, the court does not find the required exceptional circumstances.  See

26   Rand, 113 F.3d at 1525.  Even if it is assumed that plaintiff is not well versed in the law and that he has

     made serious allegations which, if proved, would entitle him to relief, his case is not exceptional.  This
27

     ///
28

                                            -1-

1  court is faced with similar cases almost daily.  Therefore, plaintiff's request for the appointment of

2  counsel shall be denied.

3        In accordance with the above, plaintiff's request for the appointment of counsel is

4  HEREBY DENIED.

5

6        IT IS SO ORDERED.

7        **Dated:**   **July 12, 2007**              _____/s/_ **Dennis L. Beck**_____
                                          UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28