1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   CLARENCE E. HOWARD,              1:07-cv-00988-OWW-GSA PC

12              Plaintiff,       **ORDER ADOPTING FINDINGS AND**
                                 **RECOMMENDATIONS** (Doc. 8)
13   vs.
                                 **ORDER DENYING MOTION FOR**
14   W.J. SULLIVAN, et al.,       **PRELIMINARY INJUNCTIVE RELIEF**
                                 (Doc. 4)
15              Defendants.
     _____/

16

17       Plaintiff Clarence E. Howard ("plaintiff"), a state prisoner

18   proceeding pro se, has filed this civil rights action seeking

19   relief under 42 U.S.C. § 1983.  The matter was referred to a

20   United States Magistrate Judge pursuant to 28 U.S.C. §

21   636(b)(1)(B) and Local Rule 72-302.

22       On July 23, 2007, the Magistrate Judge filed a Findings and

23   Recommendations herein which was served on plaintiff and which

24   contained notice to plaintiff that any objection to the Findings

25   and Recommendations was to be filed within thirty days.  To date,

26   plaintiff has not filed objections to the Magistrate Judge's

27   Findings and Recommendations.

28   //

1

In accordance with the provisions of 28 U.S.C. §
636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de
novo</u> review of this case.  Having carefully reviewed the entire
file, the Court finds the Findings and Recommendations to be
supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed July 23, 2007,
is ADOPTED IN FULL; and,

2.   Plaintiff's motion for preliminary injunctive relief,
filed July 6, 2007, is DENIED as PREMATURE.

IT IS SO ORDERED.

**Dated:    October 16, 2007            /s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE