**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CLARENCE E. HOWARD, | ) | 1:07-cv-0988 OWW GSA PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION TO DISMISS/ |
| v. | ) | RECONSIDERATION |
| | ) | |
| W. J. SULLIVAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Order denying the Motion for Preliminary Injunctive Relief was filed October 16, 2007, upon Findings and Recommendations of the Magistrate Judge.

Plaintiff has filed an 89 page "Motion to Dismiss all District Court Recommendation (Under Doc. 4.) Denying the Plaintiff's Motion for Preliminary Injunction [illegible] the [illegible] Recommendation is Prejudicial and Violates Due Process Requirements Under Rule 65 and Rule 5-135." No facts or law meriting reconsideration of the denial of preliminary injunction have been presented. The motion to dismiss, construed as a motion for reconsideration, is DENIED.

IT IS SO ORDERED.

1

1 | **Dated:    November 24, 2007**              /s/ Oliver W. Wanger
                                                 _____
                                                 UNITED STATES DISTRICT JUDGE