IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE E. HOWARD, | 1:07-cv-00988-OWW-GSA (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| W. J. SULLIVAN, et al., | (Motion#29) |
| Defendants. | 30-DAY DEADLINE |

On April 6, 2009, plaintiff filed a motion to extend time to file an amended complaint in compliance with the Court's order of March 4, 2009.

Plaintiff is HEREBY GRANTED thirty (30) days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

Dated: **April 7, 2009**          **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE