# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE E. HOWARD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>W. J. SULLIVAN, et al.,<br><br>　　　　　　Defendants.<br>_____ / | CASE NO. 1:07-cv-00988-OWW-GSA PC<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND  FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 31) |

　　　　Plaintiff Clarence E. Howard, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 6, 2007.  The Court screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A, and found that it states claims against Defendant Kamel for violation of the Due Process Clause of the Fourteenth Amendment and for violation of the Eighth Amendment, arising out of an alleged involuntary administration of antipsychotic medication.[1]  Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964-65 (2007).  Accordingly, it is HEREBY ORDERED that:

　　　　1.　　Service shall be initiated on the following defendant:

　　　　　　　　**DR. KAMEL**

///

---

[1] On November 10, 2009, Plaintiff's claims for equitable relief; claim against Defendant Kamel in his official capacity; equal protection claim; and state law tort claims were dismissed from this action.

1

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed May 18, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Two (2) copies of the endorsed second amended complaint filed May 18, 2009.

4. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

**Dated:** **November 12, 2009**        /s/ **Gary S. Austin**
                          UNITED STATES MAGISTRATE JUDGE